UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00104-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | )    ORDER<br>) |
| JOHN P. COUSAR JR., | )<br>) |
|     Defendant | )<br>) |
| And | )<br>) |
| UNITED SITE SERVICES OF<br>FLORIDA, INC. | )<br>)<br>) |
|     Garnishee | ) |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Writ of Continuing Garnishment (#124). Having considered the motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that government's Motion for Dismissal of Writ of Continuing Garnishment (#124) is **GRANTED** for good cause shown.

**FURTHER, IT IS ORDERED** that the Writ of Continuing Garnishment filed in this case against defendant Cousar is **DISMISSED.**

Signed: January 6, 2017



Max O. Cogburn Jr.
United States District Judge