UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00104-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JOHN P. COUSAR JR.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment (#133). Having considered the Motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#133) is **GRANTED,** and the Order of Continuing Garnishment in this case is **DISMISSED** for good cause shown.

Signed: April 12, 2017

Max O. Cogburn Jr.
United States District Judge